**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DEBORAH B. JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 14-4034** |
| **v.** ) | |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF ARMY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

On May 15, 2014, United States Magistrate Judge K. Gary Sebelius issued a Report and

Recommendation (Doc. 5), wherein he recommended that plaintiff Deborah Jackson's Motion to

Proceed Without Prepayment of Fees (Doc. 3) and Motion for Appointment of Counsel (Doc. 4) be

denied.  Magistrate Judge Sebelius advised plaintiff of her right to object to the Report and

Recommendation within fourteen days, or by May 29, 2014, and further advised that failure to make a

timely objection to the Report and Recommendation waives any right to appellate review of the

proposed findings of fact, conclusions of law, or recommended disposition.

To date, plaintiff has not filed an objection to the Report and Recommendation.  She also has

not sought any extension of time to file an objection.  With no objection to the Report and

Recommendation being filed within the time prescribed, and no extension of time to file an objection

being sought by plaintiff, the court accepts, adopts and affirms the Report and Recommendation in its

entirety.

Accordingly, and after reviewing the file *de novo*, **IT IS ORDERED** that the Report and

Recommendation issued by United States Magistrate Judge K. Gary Sebelius on May 15, 2014 (Doc.

5) is ACCEPTED, ADOPTED and AFFIRMED.  Plaintiff is denied leave to proceed in forma pauperis and is denied appointment of counsel.  The court orders that plaintiff pay the filing fee within twenty days.  If plaintiff fails to timely pay the filing fee or show good cause for the failure to do so, the court will dismiss the action without prejudice.

**IT IS SO ORDERED.**

Dated this 17th of June 2014, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**